UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR JIMENEZ, | No. 2:22-cv-0242 TLN CKD P |
| Plaintiff, | |
| v. | ORDER |
| HEIDI GALVEZ, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: May 9, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
jime0242.36