1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SALVADOR JIMENEZ,                    No.  2:22-cv-00242-TLN-CKD

12                  Plaintiff,

13           v.                            **ORDER**

14    HEIDI GALVEZ, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 7, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 15.)  Plaintiff has

23   not filed objections to the findings and recommendations.

24          The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25   F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26   *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

27   the file, the Court finds the findings and recommendations to be supported by the record and by

28   the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed December 7, 2022, (ECF No. 15), are adopted in full; and

2.  This action is DISMISSED without prejudice.

**DATED:  February 7, 2023**

Troy L. Nunley
United States District Judge